THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Magistrate. No. 21-mj-13464 |
| | : | |
| BRENDALIZ DE JESUS JOSE | : | |
| Defendant. | : | |

**ORDER**

THIS MATTER being opened to the Court by Kathleen M. Theurer, Esq., Attorney for Defendant, Brendaliz De Jesus Jose, with the consent of Pre-Trial Services and the Government, represented by Kendall Randolph, Assistant United States Attorney, upon an application for an Order releasing defendant, and good cause being shown:

IT IS on this __16__ day of December 2021

ORDERED that Defendant is released on the following conditions:

1. $100,000 Unsecured Appearance Bond co-signed by Michael Emmaule Watford

2. Pretrial Services Supervision

3. Surrender all passports/travel documents. Do not apply for new travel documents.

4. Substance abuse testing and/or treatment as directed by Pretrial Services.

5. Maintain current residence or a residence approved by Pretrial Services.

6. Maintain or actively seek employment.

7. Have no contact with the following individuals: co-defendants except in the presence of counsel.

8. Due to the COVID-19 pandemic, the defendant has not yet been processed by the United States Marshal Service (USMS) for the instant arrest.

9. The defendant shall report to the United States Marshal Service in Newark, New Jersey for processing at a date to be determined.

*Leda Dunn Wettre*
HONORABLE LEDA DUNN WETTRE
UNITED STATES MAGISTRATE JUDGE

I hereby consent to this form and
Entry of the above Order.

By: *Kendall Randolph*
KENDALL RANDOLPH, AUSA

Date:   December 16, 2021